UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

         - against -                                            23-cr-00191

TAESUNG KIM,                                             **CONSENT TO**
                                                                                        **CHANGE ATTORNEY**
                                  Defendant.
-----------------------------------------------------------------X

       IT IS HEREBY CONSENTED THAT Kevin J. Keating, of the Law Office of Kevin J. Keating, P.C., 666 Old Country Road, Suite 900, Garden City, New York 11530, be substituted as attorney of record for Taesung Kim, the undersigned party in the above-entitled action in place and stead of Kevin K. Tung, of the Law Offices of Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D, Flushing, New York 11354.

Dated: Garden City, New York
       May 15, 2023

                                              /s/ Kevin J. Keating
                                            KEVIN J. KEATING, ESQ.

                                            KEVIN K. TUNG, ESQ.

                                            TAESUNG KIM   /KJK