

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

May 15, 2023

<u>**Via ECF**</u>
Hon. Allyne R. Ross
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 10007

      Re:    *United States v. Taesung Kim*
               **Docket No. 1:23-cr-00191-ARR**

Dear Judge Ross:

    On today's date, I filed a Notice of Appearance on behalf of Taesung Kim, and will be replacing Kevin Tung, Esq., as attorney of record in this matter. It is my understanding that a *Curcio* Hearing had been scheduled in this matter for tomorrow to address a potential conflict in Mr. Tung's representation of Mr. Kim. As Mr. Tung will no longer be appearing as counsel for Mr. Kim, it appears that the *Curcio* Hearing may not be required.

    Thank you for your consideration.

                                                      Very truly yours,

                                                      /s/ *Kevin J. Keating*

                                                      KEVIN J. KEATING

KJK/dg
cc:    AUSA Patrick Campbell
        All Counsel