# CRIMINAL CAUSE FOR STATUS CONFERENCE:

BEFORE: ROSS, U.S.D.J     MAY. 16, 2023     TIME: 11:30am

CR-23-191

DEFT NAME: **Taesung Kim**     #
   X present     ___ not present     x cust.     ___ bail

DEFENSE COUNSEL: **Kevin Tung**
   X present     ___ not present     ___ CJA     x RET.     ___ LAS

A.U.S.A.: **Patrick Campbell**     CLERK: D. La Salle

REPORTER: Sophie Nolan     Other: _____

INT: (LANG.-Korean) Kyeong Sik-Song

- [X] CASE CALLED. [x] DEFT APPEARS WITH COUNSEL.
- [ ] DEFT APPEARS WITHOUT COUNSEL.
- [ ] COUNSEL PRESENT WITHOUT DEFT.
- [ ] STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
- [ ] STATUS CONF/HRG FOR DEFT HELD.
- [ ] JURY SELECTION SET FOR _____
- [ ] BEFORE J. ROSS  ___ PARTIES CONSENT TO MAGISTRATE.
- [ ] TRIAL SCHEDULED FOR _____.

- [ ] **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
  CODE TYPE____ START_____ STOP_____
  ___ ORDER / WAIVER EXECUTED & FILED. ___ ENT'D ON RECORD.

- [ ] STATUS CONF/HRG CONT'D TO_____.
- [ ] FURTHER STATUS CONFERENCE SET FOR_____.

DEFT ___ SWORN ___ ARRAIGNED ___ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.____ OF THE (Superseding) INDICTMENT / INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING TO BE SET BY PROBATION.

OTHER: _____

Motion to be relieved by Mr. Tung is granted. New counsel Mr. Keating is the attorney of record.