# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: Marcia Henry  
DATE: 5/19/23  
DOCKET NUMBER: 23 CR 191 (ARR)  
LOG #: 2:29 - 2:56  
DEFENDANT'S NAME: Taesung Kim  
✓ Present (via tel) ___ Not Present ✓ Custody ___ Bail  
DEFENSE COUNSEL: Kevin Keating  
___ Federal Defender ✓ CJA ___ Retained  
A.U.S.A: Andrew Estes  
CLERK: SM Yuen  
Court Reporter: _____ (Language) _____

- ___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation
- ___ Defendant pleads NOT GUILTY to ALL counts.
- ✓ ~~DETENTION~~ Bail HEARING Held. ___ Defendant's first appearance.
  - ✓ Bond set at $4 million on consent. Defendant ✓ released ___ held pending satisfaction of bond conditions.
  - ✓ Defendant advised of bond conditions set by the Court and signed the bond.
  - 3 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond. Jung Suh Kim, William Kim + Hyun Hee Kim
  - ___ (Additional) surety/ies to co-sign bond by _____
  - ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted
- ___ Temporary Order of Detention Issued. Bail Hearing set for _____
- ___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
- ___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____
- ___ Medical memo issued.
- ___ Defendant failed to appear; bench warrant issued.
- ___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: