**CRIMINAL CAUSE FOR STATUS:**

BEFORE ROSS, J.     JUN. 12, 2023     TIME: 11:00am

CR-23-191

DEFT NAME: Tae**sung** Kim (Korean)  Kyeong-Sik Song  #
  ✓ present  ___ not present  ___ cust.  ___ bail

DEFENSE COUNSEL: Kevin Keating
  ✓ present  ___ not present  ___ CJA  ✓ RET.  ___ LAS

DEFT NAME: Da**cheng** Lu (Mandarin)  Nancy Wu.  #
  ✓ present  ___ not present  ___ cust.  ✓ bail

DEFENSE COUNSEL: Stephen Scaring
  ✓ present  ___ not present  ___ CJA  ✓ RET.  ___ LAS

DEFT NAME: _____  #
  ___ present  ___ not present  ___ cust.  ___ bail

DEFENSE COUNSEL: _____
  ___ present  ___ not present  ___ CJA  ___ RET.  ___ LAS

DEFT NAME: _____  #
  ___ present  ___ not present  ___ cust.  ___ bail

DEFENSE COUNSEL: _____
  ___ present  ___ not present  ___ CJA  ___ RET.  ___ LAS

A.U.S.A.: Patri**ck** Campbell      CLERK: DEL

REPORTER: Linda Danelczyk      OTHER: _____
INT:   (LANG.- See Above )

✓ CASE CALLED.   ✓ DEFT(S) _____ APPEAR WITH COUNSEL.
___ DEFT(S) _____ APPEAR WITHOUT COUNSEL.
___ COUNSEL PRESENT WITHOUT DEFT(S) _____.
___ STATUS CONF/HRG FOR DEFT(S) _____ ADJ'D TO _____.
___ STATUS CONF/HRG FOR DEFT(S) _____ HELD.

✓ **SPEEDY TRIAL** INFO FOR DEFT(S) _____
  CODE TYPE __T__   START 6/12/23   STOP 8/9/23
  ✓ ORDER / WAIVER EXECUTED & FILED.   ___ ENT'D ON RECORD.

___ STATUS CONF/HRG CONT'D TO _____.
___ FURTHER STATUS CONF/HRG SET FOR 8/9/23 @ 11:00am.

**OTHER:** _____