

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PJC
F. #2020R00440

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 25, 2023

<u>By ECF and Email</u>

Kevin Keating, Esq.
Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, New York 11530

Stephen Scaring, Esq.
666 Old Country Road, Suite 501
Garden City, New York 11530

      Re:    United States v. Taesung Kim, et al.
                <u>Criminal Docket No. 23-191 (ARR)</u>

Dear Counsel:

      Enclosed please find the government's supplemental production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The production is comprised of one flash drive bearing Bates numbers DOJ_23-CR-191_0720205 through DOJ_23-CR-191_0872195 and a log of the produced materials. The materials produced under cover of this letter are deemed confidential pursuant to the protective order entered by the Court on May 15, 2023 and must be treated accordingly. <u>See</u> ECF No. 20.

The government renews its request for reciprocal discovery from the defendants.

                    Very truly yours,

                    GLENN S. LEON
                    Chief, Fraud Section
                    Criminal Division
                    U.S. Department of Justice

By:   /s/ Patrick J. Campbell
       Patrick J. Campbell
       Trial Attorney, Fraud Section
       Criminal Division
       U.S. Department of Justice
       (202) 262-7067

Enclosure

cc:    Clerk of the Court (ARR) (by ECF, without enclosure)