**CRIMINAL CAUSE FOR STATUS:**

BEFORE ROSS,J.     AUG.09,2023     TIME: 11:00am

CR-23-191

DEFT NAME: Tae**sung Kim**                                              #
    x  present      ___ not present       ___ cust.       X  bail

DEFENSE COUNSEL: Ke**vin Keating**
    X  present      ___ not present       ___ CJA         x  RET.      ___ LAS

DEFT NAME: Da**cheng Lu**                                               #
    x  present      ___ not present       ___ cust.       x  bail

DEFENSE COUNSEL: Ste**phen P. Scaring**
    X  present      ___ not present       ___ CJA         x  RET.      ___ LAS

DEFT NAME: _____                                                   #
    ___ present     ___ not present       ___ cust.       ___ bail

DEFENSE COUNSEL: _____
    ___ present     ___ not present       ___ CJA         ___ RET.     ___ LAS

DEFT NAME: _____                                                   #
    ___ present     ___ not present       ___ cust.       ___ bail

DEFENSE COUNSEL: _____
    ___ present     ___ not present       ___ CJA         ___ RET.     ___ LAS

A.U.S.A.: Patri**ck Campbell**                     CLERK: DEL

REPORTER: Avery Armstrong                          OTHER: _____
INT:   (LANG.-Korean  ) Kyeongsik Song
INT:   (Lang.-Mandarin) Tuo Huang
_X_  CASE CALLED.    ___ DEFT(S)_____ APPEAR WITH COUNSEL.
___  DEFT(S)_____ APPEAR WITHOUT COUNSEL.
___  COUNSEL PRESENT WITHOUT DEFT(S)_____.
___  STATUS CONF/HRG FOR DEFT(S)_____ ADJ'D TO _____.
___  STATUS CONF/HRG FOR DEFT(S)_____ HELD.

_x_  **SPEEDY TRIAL** INFO FOR DEFT(S)_____
     CODE TYPE _T_  START _8/9/23_   STOP _10/12/23_
     _X_  ORDER / WAIVER EXECUTED & FILED.  ___ ENT'D ON RECORD.

___  STATUS CONF/HRG CONT'D TO _____.
_x_  FURTHER STATUS CONF/HRG SET FOR _10/12/23 @ 11:30am_.

**OTHER:** _____