

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PJC
F. #2021R00440

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 12, 2023

BY EMAIL

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Dacheng Lu
     Criminal Case No. 23-191 (ARR)

Dear Judge Ross:

  The government respectfully writes to request that the Court schedule a change of plea hearing in the above-referenced case on October 5, 2023, at 2 p.m., which is a time that the parties understand the Court is available.

         Respectfully submitted,

         GLENN S. LEON
         Chief, Fraud Section
         Criminal Division
         U.S. Department of Justice

     By: /s/Patrick J. Campbell
         Patrick J. Campbell
         Trial Attorney, Fraud Section
         Criminal Division
         U.S. Department of Justice
         (718) 254-6366

cc: Clerk of Court (ARR)
   Stephen Scaring, Esq. (by ECF and mail)