## CRIMINAL CAUSE FOR PLEADING:

BEFORE: Allyne R. Ross, U.S.D.J.    DATE: 10/5/2023    TIME: 2:00pm
CR-23-191  ( ARR )

DEFT NAME: Da**cheng Lu**                                    #_____
    x  present    ___ not present    ___ cust.    X  bail

DEFENSE COUNSEL: **Stephen Scaring**
    x  present    ___ not present    ___ CJA    x  RET.    LAS

**A.U.S.A.**: Patrick Campbell         CLERK: D. La Salle

Rep. Sophie Nolan                         OTHER: _____
INT:   (LANG.-Mandarin) Stephaine Liu

xx_  CASE CALLED.    ___ DEFENDANT'S FIRST APPEARANCE.
DEFT xx_  SWORN    ___ ARRAIGNED  xx_  INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR,  BENCH WARRANT ISSUED.
___ DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

___ DEFT ENTERS **GUILTY PLEA** TO CTS._____  O  F
     (Superseding) INDICTMENT/INFORMATION.
XX_  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS._
     _____ ONE _____ Of the indictment.
XX_  COURT FINDS FACTUAL BASIS FOR THE PLEA.
XX_  SENTENCING SET FOR 1/24/2024 @ 2:00pm

___ DEFT ENTER **NOT GUILTY PLEA.**
XX_  BAIL ___ SET  XX_  CONTINUED FOR DEFT.
___ DEFT CONTINUED IN CUSTODY.
___ CASE ADJOURNED TO_____ FOR _____
___ JURY SELECTION SET FOR _____ ___ BY MAG.
___ TRIAL SET FOR _____
___ **SPEEDY TRIAL** INFO FOR DEFT  ___ STILL IN EFFECT
     CODE TYPE_____    START_____    STOP_____

_____ORDER / WAIVER EXECUTED & FILED.   ___ ENT'D ON RECORD.

OTHER: Plea agreement marked as government exhibit one; Plea agreement returned to A.U.S.A.