**CRIMINAL CAUSE FOR STATUS CONFERENCE:**

BEFORE: ROSS, U.S.D.J        OCT. 12, 2023          TIME: 11:30am

CR-23-191

DEFT NAME: **Taesung Kim**                                   #
       X present        ___ not present        ___ cust.        X  bail

DEFENSE COUNSEL: **Kevin Keating**
       x present        ___ not present        x CJA        ___ RET.        ___ LAS


A.U.S.A.: **Patrick Campbell**                 CLERK: D. La Salle

REPORTER: Victoria Torres-Bulter            Other: Vic Joe

INT:    (LANG.-Korean  )  Kyeong-Sik Song

_X_   CASE CALLED.    _x_   DEFT APPEARS WITH COUNSEL.
___   DEFT APPEARS WITHOUT COUNSEL.
___   COUNSEL PRESENT WITHOUT DEFT.
___   STATUS CONF/HRG FOR DEFT   ADJ'D TO _____.
___   STATUS CONF/HRG FOR DEFT HELD.
___   JURY SELECTION SET FOR _____
___   BEFORE J. ROSS     ___ PARTIES CONSENT TO MAGISTRATE.
___   TRIAL SCHEDULED FOR _____.

_X_   **SPEEDY TRIAL** INFO FOR DEFT    ___  STILL IN EFFECT
         CODE TYPE_____ START 11/12/2023        STOP 12/11/2023
      _X_ ORDER / WAIVER EXECUTED & FILED.    ___ ENT'D ON RECORD.

___   STATUS CONF/HRG CONT'D TO_____.
___   FURTHER STATUS CONFERENCE SET FOR_____.

DEFT  ___ SWORN      ___ ARRAIGNED ___ INFORMED OF RIGHTS
         ___ WAIVES TRIAL BEFORE DISTRICT COURT

___   DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.___
      _____ OF THE (Superseding) INDICTMENT / INFORMATION.
___   COURT FINDS FACTUAL BASIS FOR THE PLEA.
___   SENTENCING TO BE SET BY PROBATION.
OTHER: _____

Case called. All parties present. Parties request more time for ongoing plea negotiations.

Next status conference set for December 11, 2023 @ 10:30AM. Parties consented to

excluding time under the Speedy Time Act until then. An Order of Excludable Delay granted.