

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BGK
F. #2021R00440

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 23, 2023

By ECF
The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re:   United States v Dacheng Lu
>          Criminal Docket No. 23-191 (ARR)

Dear Judge Ross:

Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Dacheng Lu, has agreed to in connection with his guilty plea accepted by Your Honor on October 5, 2023. The government respectfully requests that the Court enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Thank you for Your Honor's consideration of this submission.

>   Respectfully submitted,
>
>   BREON PEACE
>   United States Attorney
>
> By:   /s/  Brendan G. King
>   Brendan G. King
>   Assistant U.S. Attorney
>   (718) 254-6006

Encl.: Order of Forfeiture
cc:    Counsel of Record (by ECF)