

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

November 15, 2023

<u>Via ECF</u>
Hon. Allyne R. Ross
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 10007

      Re:    *United States v. Taesung Kim*
               **Docket No. 1:23-cr-00191-ARR**

Dear Judge Ross:

      As Your Honor recalls, I represent Mr. Kim in the captioned matter. Sometime ago, Kim was released on bail conditions which included a bond secured by various properties. One of the properties is located in Bergen County, New Jersey. Typically, the process for posting a bond secured by properties simply involves the filing of a Confession of Judgment in the Government's favor in the County in which the property is located. The Bergen County Clerk's Office has a different procedure, which requires that an Order from the Court be obtained authorizing the filing of the Confession of Judgment.

      I enclose a proposed Order which would authorize the filing of a Confession of Judgment in the Government's favor to secure Mr. Kim's bond. I respectfully request that the Court endorse the Order.

      As noted, the Government offers its consent to this request.

      Thank you for your consideration.

                                    Very truly yours,

                                    /s/ *Kevin J. Keating*

                                    KEVIN J. KEATING

KJK/dg
Enc.
cc:     AUSA Patrick Campbell