UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

VS.

TAESUNG KIM

CR No. :23-CR-191

**ORDER FOR PROCESSING TO SECURE BAIL CONDITIONS AND ENTER LIEN**

**THIS MATTER**, having been presented to the Court by Kevin Keating, Esq., attorney for the Defendant, Taesung Kim, and upon consent of the Government, by Assistant United States Attorney Patrick Campbell for the Eastern District of New York, and this Court having set specific conditions for the Defendant's Conditions of Release, and the Defendant having entered into a Judgment by Confession on May 25, 2023 (Attached hereto) certifying that he is confessing the sum of four million $4,000,000.00 to be secured against real property located in the County of Bergen, State of New Jersey, specifically known, as:

1622 Parker Avenue

Fort Lee, New Jersey 07024

Block 4354, Lot 1

And the legal description of the property being attached hereto, and it further appearing that the Government and the Defendant have consented to a formal Lien to be entered against the property set forth herein, and for food cause shown:

**IT IS THEREUPON** on this _16_ day of November, 2023

**ORDERED** as follows:

1. Defendant shall present this Order and attachments to the Bergen County Registrars Office for purposes of filing said lien on the property set forth above;

2. Filing fees for said Lien shall be paid by the Defendant;

3. This Lien shall be permitted to be released upon consent of the parties and /or further Order of the Court.

4. Unless specifically modified herein, all prior Orders of the Court shall remain in full force and effect.

BY THE COURT/

s/Allyne R. Ross

SUPERIOR COURT OF THE STATE OF NEW JERSEY
COUNTY OF BERGEN—CIVIL DIVISION
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,					Index No.

                  Plaintiff,

-against-

TAESUNG KIM,

                  Defendant.
-------------------------------------------------------------------X

## AFFIDAVIT OF CONFESSION OF JUDGMENT

STATE OF NEW YORK		)
				) ss.:
COUNTY OF NASSAU		)

      **TAESUNG KIM**, being duly sworn, deposes and says:

      1.    I am the defendant herein and reside at 3 Glen Park Road, Purchase, New York 10577. I make this affidavit for the purpose of confessing to the entry of a judgment against me and in favor of the plaintiff, THE UNITED STATES OF AMERICA, in this action.

      2.    I hereby confess judgment herein and authorize entry thereof against me in the sum of Four Million ($4,000,000.00) Dollars.

      3.    This confession of judgment is for a debt to become due to the plaintiff arising from the following facts:

            a.    That on or about May 2, 2023, I was arrested and charged by Complaint in the Eastern District of New York under Docket No 23 CR 191.

            b.    That the District Court of the Eastern District of New York has established my release on bail to be set in the sum of a $4,000,000.00 personal recognizance bond to be secured by, among other things, the real property

       owned by Happy Care Management LLC located at 1622 Parker Avenue, Fort Lee, New Jersey 07024 ("The Bond").

c.    That upon my default on The Bond, this Confession of Judgment shall become due to and enforceable by Plaintiff and the lien upon the real property owned by Happy Care Management LLC located at 1622 Parker Avenue, Fort Lee, New Jersey 07024 shall be subject to immediate execution.

_____
TAESUNG KIM

Sworn to before me this
____ day of May, 2023

_____
NOTARY PUBLIC

KEVIN J KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02KE4946918
Qualified in Suffolk County
Commission Expires AUGUST 30, 2023

NOTARY PUBLIC, NEW YORK
Registration
Qualified
Commission Exp. 2023