

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

December 5, 2023

**Via ECF**
Hon. Allyne R. Ross
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 10007

      Re:    *United States v. Taesung Kim*
               **Docket No. 1:23-cr-00191-ARR**

Dear Judge Ross:

    As Your Honor is aware, I represent Mr. Kim. The parties are scheduled to appear before the Court on December 12, 2023, for a status conference. We remain actively engaged in negotiations toward a resolution of this matter and, as such, are respectfully requesting an adjournment of the conference to January 18, 2024 at 11:30 a.m. It is agreed and understood that the Order of Excusable Delay will remain in effect until the conference of January 18, 2024.

    I have conferred with AUSA Patrick J. Campbell, who offers his consent to this application.

    Thank you for your consideration.

                            Very truly yours,

                            /s/ *Kevin J. Keating*

                            KEVIN J. KEATING

KJK/dg

cc:    AUSA Patrick J. Campbell