**CRIMINAL CAUSE FOR STATUS CONFERENCE:**

<u>BEFORE: ROSS, U.S.D.J</u>     JAN.18,2024     <u>TIME: 11:30am</u>

<u>CR-23-191</u>

<u>DEFT NAME: **Taesung Kim**                             #         </u>
    <u>X   present</u>     <u>    not present</u>     <u>    cust.</u>     <u>x   bail</u>

<u>DEFENSE COUNSEL: **Kevin Keating**                           </u>
    <u>X   present</u>     <u>    not present</u>     <u>    CJA</u>     <u>x RET.</u>     <u>    LAS</u>

<u>A.U.S.A.: **Miriam Glaser Dauermann**        </u>     CLERK: D. La Salle

<u>REPORTER: LeeAnn Musolf                  </u>     <u>Other:                </u>

<u>INT</u>:    (LANG.-Korean  ) Kyeongsik Song       

<u> X </u>   CASE CALLED.   <u> x </u>   DEFT APPEARS WITH COUNSEL.
___   DEFT APPEARS WITHOUT COUNSEL.
___   COUNSEL PRESENT WITHOUT DEFT.
___   STATUS CONF/HRG FOR DEFT  ADJ'D TO _____.
___   STATUS CONF/HRG FOR DEFT HELD.
___   JURY SELECTION SET FOR _____ ---
___   BEFORE J. ROSS       ___   PARTIES CONSENT TO MAGISTRATE.
___   TRIAL SCHEDULED FOR _____.

✓   **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
    ✓   CODE TYPE  T   START  1/18/24        STOP  3/5/24
    ✓   ORDER / ~~WAIVER EXECUTED~~ & FILED.  ___  ENT'D ON RECORD.

___   STATUS CONF/HRG CONT'D TO_____.
✓   FURTHER STATUS CONFERENCE SET FOR  3/5/24 @ 11:00am .

DEFT ___ SWORN    ___ ARRAIGNED ___ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

___   DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS._
      _____ OF THE (Superseding) INDICTMENT /
      INFORMATION.
___   COURT FINDS FACTUAL BASIS FOR THE PLEA.
___   SENTENCING TO BE SET BY PROBATION.  ,
<u>OTHER:                                                          </u>