**CRIMINAL CAUSE FOR STATUS CONFERENCE:**

<u>BEFORE: ROSS, U.S.D.J</u>   MAR. 05, 2024   TIME: 11:00am

CR-23-191

<u>DEFT NAME:</u> **Taesung Kim**   #
   ✓ present   ___ not present   ___ cust.   X bail

<u>DEFENSE COUNSEL:</u> **Kevin Keating**
   ✓ present   ___ not present   ___ CJA   x RET.   ___ LAS

A.U.S.A.: **Patrick Campbell**   CLERK: D. La Salle

REPORTER: Andronikh Bama.   Other: ___

INT:   (LANG.-Korean)   Kyeong-Sik Sang

X   CASE CALLED.   x   DEFT APPEARS WITH COUNSEL.
___  DEFT APPEARS WITHOUT COUNSEL.
___  COUNSEL PRESENT WITHOUT DEFT.
___  STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
___  STATUS CONF/HRG FOR DEFT HELD.
___  JURY SELECTION SET FOR _____ ---
___  BEFORE J. ROSS   ___ PARTIES CONSENT TO MAGISTRATE.
___  TRIAL SCHEDULED FOR _____.

✓  **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT 4/29/24
   ✓  CODE TYPE __T__ START 3/5/24   STOP 4/29/24
   ✓  ORDER / ~~EXECUTED~~ & FILED.   ___ ENT'D ON RECORD.

___  STATUS CONF/HRG CONT'D TO _____.
✓  FURTHER STATUS CONFERENCE SET FOR 4/29/2024 @ 11:00am.

DEFT ___ SWORN   ___ ARRAIGNED   ___ INFORMED OF RIGHTS
   ___ WAIVES TRIAL BEFORE DISTRICT COURT

___  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS._
   _____ OF THE (Superseding) INDICTMENT / INFORMATION.
___  COURT FINDS FACTUAL BASIS FOR THE PLEA.
___  SENTENCING TO BE SET BY PROBATION.

OTHER: _____