**CRIMINAL CAUSE FOR STATUS CONFERENCE:**

BEFORE: ROSS, U.S.D.J         APR. 29, 2024         TIME: 11:00am

CR-23-191

DEFT NAME: **Taesung Kim**                                    #
   X present         ___ not present         ___ cust.         x bail

DEFENSE COUNSEL: **Kevin James Keating**
   X present         ___ not present         ___ CJA         x RET.         ___ LAS

A.U.S.A.: **Patrick Campbell**                    CLERK: D. La Salle

REPORTER: Michele Lucchese                         Other: ___

INT:   (LANG.-Korean  ) Kyeongsik Song

_X_  CASE CALLED.   _x_  DEFT APPEARS WITH COUNSEL.
___  DEFT APPEARS WITHOUT COUNSEL.
___  COUNSEL PRESENT WITHOUT DEFT.
___  STATUS CONF/HRG FOR DEFT  ADJ'D TO _____.
___  STATUS CONF/HRG FOR DEFT  HELD.
___  JURY SELECTION SET FOR _____ ---
___  BEFORE J. ROSS       ___  PARTIES CONSENT TO MAGISTRATE.
___  TRIAL SCHEDULED FOR _____.

✓  **SPEEDY TRIAL** INFO FOR DEFT  ___ STILL IN EFFECT
    CODE TYPE _T_  START _4/29/24_       STOP _6/26/24_
✓  ORDER / WAIVER EXECUTED & FILED.   ___ ENT'D ON RECORD.

___  STATUS CONF/HRG CONT'D TO_____.
✓  FURTHER STATUS CONFERENCE SET FOR _6/26/24 @ 11:00am_.

DEFT ___ SWORN   ___ ARRAIGNED  ___ INFORMED OF RIGHTS
    ___ WAIVES TRIAL BEFORE DISTRICT COURT

___  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS._
    _____ OF THE (Superseding) INDICTMENT / INFORMATION.
___  COURT FINDS FACTUAL BASIS FOR THE PLEA.
___  SENTENCING TO BE SET BY PROBATION.
OTHER:_____