**CRIMINAL CAUSE FOR STATUS CONFERENCE:**

BEFORE: ROSS, U.S.D.J        JUN.26,2024        TIME:11:00am

CR-23-191

DEFT NAME: **Taesung Kim**                                          #
   X  present       ___ not present       ___ cust.       x  bail

DEFENSE COUNSEL: **Kevin Keating**
   X  present       ___ not present       ___ CJA       x RET.       ___ LAS

A.U.S.A.: **Patrick Campbell**                    CLERK: D. La Salle

REPORTER: Jamie Stanton                    Other:

INT:    (LANG.-Korean  ) Kyeongsik Song

 X   CASE CALLED.    x   DEFT APPEARS WITH COUNSEL.
___  DEFT APPEARS WITHOUT COUNSEL.
___  COUNSEL PRESENT WITHOUT DEFT.
___  STATUS CONF/HRG FOR DEFT  ADJ'D TO _____.
___  STATUS CONF/HRG FOR DEFT HELD.
___  JURY SELECTION SET FOR _____
___  BEFORE J. ROSS      ___ PARTIES CONSENT TO MAGISTRATE.
___  TRIAL SCHEDULED FOR _____.

XX   **SPEEDY TRIAL** INFO FOR DEFT    ___ STILL IN EFFECT
        CODE TYPE  T   START 6/26/24          STOP 3/10/25
  XX  ORDER & FILED.       ___ ENT'D ON RECORD.

___  STATUS CONF/HRG CONT'D TO_____.
___  FURTHER STATUS CONFERENCE SET FOR_____.

DEFT ___ SWORN      ___ ARRAIGNED ___ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

___  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.___
     _____ OF THE (Superseding) INDICTMENT / INFORMATION.
___  COURT FINDS FACTUAL BASIS FOR THE PLEA.
___  SENTENCING TO BE SET BY PROBATION.
OTHER:_____

   Defense motion due 8/19/24; Govt's response 9/24; reply 9/23/24; in limine motion due 1/13/25; opposition 1/27/25; Jury selection and trial set for 3/10/25 @ 9:30am.