**CRIMINAL CAUSE FOR PLEADING:**

BEFORE: Allyne R. Ross, U.S.D.J.    DATE: 12/10/24    TIME:11:00
CR-23-191  ( ARR )

DEFT NAME: Ta**esung Kim**                                    #
        X   present        ___ not present        ___ cust.        x bail

DEFENSE COUNSEL: **Kevin Keating**
        X   present        ___ not present        ___ CJA        x RET.        LAS

**A.U.S.A.:** Patrick Campbell            CLERK: D. La Salle

Rep.  Nicole Sesta                        OTHER:
INT:   (LANG.-Korean  ) Kyeong Song

xx   CASE CALLED.      ___ DEFENDANT'S FIRST APPEARANCE.
DEFT xx   SWORN      ___ ARRAIGNED xx   INFORMED OF RIGHTS
            ___ WAIVES TRIAL BEFORE DISTRICT COURT

___   WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___   SUPERSEDING INDICTMENT / INFORMATION FILED.
___   DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
___   DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

___   DEFT ENTERS **GUILTY PLEA** TO CTS._____ O F
      (Superseding) INDICTMENT/INFORMATION.
XX    DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.
         THREE             Of the indictment.
XX    COURT FINDS FACTUAL BASIS FOR THE PLEA.
XX    SENTENCING SET FOR 4/9/2025 @ 11:00am

___   DEFT ENTER **NOT GUILTY PLEA.**
XX    BAIL ___ SET  XX   CONTINUED FOR DEFT.
___   DEFT CONTINUED IN CUSTODY.
___   CASE ADJOURNED TO_____ FOR _____
___   JURY SELECTION SET FOR _____  ___ BY MAG.
___   TRIAL SET FOR _____
___   **SPEEDY TRIAL** INFO FOR DEFT   ___ STILL IN EFFECT
        CODE TYPE_____   START_____   STOP_____

      ____ORDER / WAIVER EXECUTED & FILED.   ___ ENT'D ON RECORD.

OTHER: Plea agreement marked as government exhibit one; Plea agreement returned to A.U.S.A.