

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:TRP
F. #2021R00440

271 Cadman Plaza East
Brooklyn, New York 11201

February 5, 2025

By ECF
The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Taesung Kim
       Criminal Docket No. 23-191 (ARR)

Dear Judge Ross:

  Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant, Taesung Kim, has agreed to in connection with his guilty plea before Your Honor on December 10, 2024. The government respectfully requests that the Court "so order" and enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

  Thank you for Your Honor's consideration of this submission.

           Respectfully submitted,

           JOHN J. DURHAM
           United States Attorney

      By: /s/ Tanisha R. Payne
         Tanisha R. Payne
         Assistant U.S. Attorney
         718-254-6358

Encl.: Preliminary Order of Forfeiture
cc: Counsel of Record (by ECF)