**GARFUNKEL WILD, P.C.**
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

JOHN G. MARTIN
Of Counsel
Licensed in NY
Email: jmartin@garfunkelwild.com
Direct Dial: (516) 393-2214

FILE NO.:   70571.0002

July 25, 2025

**By Facsimile ((718) 613-2386) and Overnight Mail**

Judge Allyne R. Ross
United States District Court
225 Cadman Plaza
East Brooklyn, New York 11201

*[Handwritten: Request granted. So ordered. Allyne Ross, USDJ]*

Re:   <u>US v. Taesung "Terry" Kim, 23-CR-191</u>

Dear Judge Ross:

We represent Lawrence Krasne and Buckingham Adult Medical Day Care Center, LLC ("Buckingham"), in connection with the forfeiture proceedings in the above-captioned case.

Mr. Krasne is the majority and controlling owner of Buckingham, and Buckingham is a tenant of 316 North 6th Street, Prospect Park, New Jersey 07508, Block 50, Lot 41, title to which is held in the name of Silver Care Services, LLC. The 316 North 6th Street property is identified as subject to forfeiture at paragraph "v" in the Court's Preliminary Order of Forfeiture filed on February 6, 2025 (Dkt # 69).

On behalf of Mr. Krasne (and after discussion with the U.S. Attorney's Office) we seek to file a timely Verified Petition (Copy enclosed) asking the Court to modify the Preliminary Order to recognize Buckingham's interest in the 316 North 6th Street property. As set forth in the Petition, Buckingham is entitled to protection under 21 U.S.C. § 853(n) because Buckingham "is a bona fide purchaser for value of the right, title, or interest in the property and was at the time of purchase reasonably without cause to believe that the property was subject to forfeiture under" section 853.

However, because Mr. Krasne and Buckingham are not parties to the criminal case the ECF system will not permit us to file our Petition electronically. The clerk's office has informed us that we need Court permission to be added to the docket before we can file.

Thus we write to request permission to be added to the docket so that we may electronically file the enclosed Verified Petition.

*   *   *

---

| NEW YORK | NEW JERSEY | CONNECTICUT | FLORIDA | WASHINGTON, D.C. |

4933-9041-3912v.1

July 25, 2025
Page 2

We thank the Court for its consideration of this matter.

Respectfully Submitted,

*John G. Martin*

John G. Martin

Enclosure

cc: Tanisha Payne (Tanisha.Payne@usdoj.gov)
     Patrick J. Campbell (patrick.j.campbell2@usdoj.gov)
     Kevin Keating (kevin@kevinkeatinglaw.com)