UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------- x
)
)
)
UNITED STATES OF AMERICA, )
): Docket No.: 23-CR-191 (ARR)
- against - )
)
TAESUNG KIM, a/k/a TERRY KIM, )
) **VERIFIED PETITION OF**
Defendant. ) **LAWRENCE KRASNE**
) **ON BEHALF OF BUCKINGHAM**
) **ADULT MEDICAL DAY CARE**
) **CENTER LLC AND SCHON LLC**
)
)
)
------------------------------------- x

Lawrence Krasne hereby petitions this Court for an ancillary hearing pursuant to title 21, United States Code, Section 853(n) to establish Buckingham Adult Medical Day Care Center, LLC's interest in certain property forfeited by the Preliminary Order of Forfeiture entered on February 6, 2025 ("Preliminary Order"). Notice of the forfeiture was published at www.forfeiture.gov on June 2, 2025. This petition is timely under 21 U.S.C. section 853(n) as it is being filed within 60 days of said publication.

1. Pursuant to 21 U.S.C. § 853, Buckingham Adult Medical Day Care Center, LLC ("Buckingham") has a legal right, title, or interest to a portion of the property set forth in the Preliminary Order. Specifically, Buckingham has a lease interest in the property located at 316 North 6th Street, Prospect Park, New Jersey 07508, Block 50, Lot 41, title to which is held in the name of Silver Care Services, LLC, identified at paragraph "v" in the Preliminary Order.

1

2.  Buckingham's interest in the property is entitled to protection under 21 U.S.C. § 853(n) because Buckingham "is a bona fide purchaser for value of the right, title, or interest in the property and was at the time of purchase reasonably without cause to believe that the property was subject to forfeiture under" section 853.

**Summary of Relevant Facts**

3.  Lawrence Krasne is the majority controlling owner of Schon Family, LLC ("Schon") and Buckingham.

4.  Schon owned the property located at 316 North 6th Street, Prospect Park, New Jersey, designated as Block 50, Lot 41 on the tax map of the Borough of Prospect Park (the "Property").

5.  Buckingham is an adult day care center, which is doing business at 316 North 6th Street.[1]

6.  In 2022, Schon and Buckingham agreed to simultaneously sell (a) the 316 North 6th Street Property to Silver Care Services LLC, a New York limited liability company which was owned and controlled by Taesung "Terry" Kim ("Kim") and Hyunhee Kim, Mr. Kim's wife, and (b) the membership interest in Buckingham to Mr. Kim and two other co-purchasers.

7.  Because Buckingham's business is licensed by the State of New Jersey Department of Health ("DOH"), the sale of Buckingham required approval from DOH.

8.  On November 10, 2022, the closing on the sale of 316 North 6th Street Property

---

[1] Adult day care centers, are non-residential facilities that provide supervised care for adults who need assistance with daily living activities, social interaction, or medical support during the day. In New Jersey they are regulated and licensed by the Department of Health.

to Silver Care took place, and the contract for the sale of Buckingham was executed. A condition to closing of the contract for the sale of Buckingham was DOH approval.

9. The contract for the sale of Buckingham expressly provided that if it was terminated for any reason, including for failure to obtain DOH approval, the fully negotiated Lease of Land, Building and Equipment Between Buckingham and Silver Care attached to the contract as Exhibit A, would immediately and automatically go into effect.

10. After closing on the real property and signing the contract of sale for Buckingham, the parties started the DOH approval process. It was the expectation of all parties that the transaction would be approved and sale would close.

11. In May of 2023, an indictment was unsealed charging Kim with health care fraud by submitting false and fraudulent claims to the Medicare and Medicaid programs. The parties were still awaiting DOH approval for the sale of Buckingham when the indictment was unsealed.

12. Kim's indictment rendered DOH approval of his purchase and operation of Buckingham's business impossible.

13. As result, the contract for sale of Buckingham was terminated and the lease in favor of Buckingham automatically went into effect.

14. The lease entitles Buckingham to use and occupancy of 316 North 6th Street for a term of 18 years, with a right to two additional 10 year extensions. The lease also entitles Buckingham to sublet the premises without Landlord's consent.[2]

---

2  Many of the documents referenced in this Petition are subject to confidentiality provisions or are otherwise of a confidential nature due to sensitive business information contained therein. The documents have been provided

3

15. Buckingham has occupied the premises at 316 North 6th Street and has paid, and Kim has accepted, the rental payment provided for in the lease since the lease went into effect.

**Relationship Between Kim and Buckingham, Schon and Lawrence Krasne**

16. At the time Schon decided to sell 316 North 6th Street and Buckingham neither the majority and controlling owner of Schon, Lawrence Krasne, nor any owner or officer of Schon had any prior relationship with Mr. Kim of any kind. The negotiations between them were completely arm's length dealings.

17. The sale of 316 North 6th Street, and the aborted sale of Buckingham are the only business agreements or financial dealings of any kind that have ever existed between Krasne, Schon and Buckingham, on the one hand and Kim, his wife, or the minority purchasers of Buckingham, on the other hand.

18. At the time of the sale of 316 North 6th Street and the entry into the contract for the sale of Buckingham neither Krasne nor any member or officer of Schon or Buckingham had any knowledge or awareness of Kim's activities that led to his indictment.

19. Courts in New Jersey have recognized that a leasehold is an interest in property. *See Town of Kearny v. Disc. City of Old Bridge, Inc.*, 205 N.J. 386, 393, 16 A.3d 300, 304 (2011) ("We further hold that a leasehold interest is an 'interest in land' . . .").

---

to the U.S. Attorney's Office, and will be filed with the Court in the event further proceedings on this Petition are required.

## CONCLUSION

20. Buckingham Adult Medical Day Care Center, LLC, has an interest in the property at 316 North 6th Street, Prospect Park, New Jersey 07508, Block 50, Lot 41, title to which is held in the name of Silver Care Services, LLC, identified at paragraph "v" in the Preliminary Order through the lease described above.

21. Buckingham Adult Medical Day Care Center LLC is a "bona fide purchaser for value of the right, title, or interest in the property and was at the time of purchase reasonably without cause to believe that the property was subject to forfeiture under this section." 21 U.S.C. § 853 (n)(6)(a).

22. Accordingly, we request that the Court amend the Order of Forfeiture to reflect the interest of Buckingham Adult Medical Day Care Center LLC in 316 North 6th Street, Prospect Park, New Jersey 07508, Block 50, Lot 41, title to which is held in the name of Silver Care Services, LLC, identified at paragraph "v" in the Preliminary Order.

Respectfully Submitted,

Dated: Great Neck, New York
July 24, 2025

GARFUNKEL WILD, P.C.
*Attorney for the Petitioner Lawrence Krasne*

By: <u>/s/ John G. Martin</u>
      John G. Martin

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

## VERIFICATION

I, Lawrence Krasne, verify under penalty of perjury and the laws of the United States of America that the foregoing Petition is true and correct according to the best of my knowledge and recollection.

Executed this 24th day of July, 2025 at Passaic County, NJ.

By: _____
Lawrence Krasne on behalf of
Schon Family LLC and Buckingham
Adult Medical Day Care Center LLC

[Notary stamp: MR. JAMES CRUZ, Commission # 50053246, Notary Public, State of New Jersey, My Commission Expires January 20, 2027]