UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

      - against -                              23-CR-191 (ARR)

TAESUNG KIM,

        Defendant.

- - - - - - - - - - - - - - -X

## DECLARATION OF PUBLICATION

    According to my review of the electronic database maintained by the Department of Justice, Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 28, 2025 and ending on June 26, 2025, as required by 21 U.S.C. § 853(n)(1), and evidenced by Attachment 1.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on July 28, 2025.

                                          *Erik Hertel*
                                          Erik Hertel
                                          ProMinds Records
                                          Examiner



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 28, 2025 and June 26, 2025. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Taesung Kim

**Court Case No:** CR-23-0191
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/28/2025 | 23.9 | Verified |
| 2 | 05/29/2025 | 23.9 | Verified |
| 3 | 05/30/2025 | 23.8 | Verified |
| 4 | 05/31/2025 | 22.8 | Verified |
| 5 | 06/01/2025 | 23.9 | Verified |
| 6 | 06/02/2025 | 23.9 | Verified |
| 7 | 06/03/2025 | 23.9 | Verified |
| 8 | 06/04/2025 | 23.9 | Verified |
| 9 | 06/05/2025 | 23.9 | Verified |
| 10 | 06/06/2025 | 23.9 | Verified |
| 11 | 06/07/2025 | 23.9 | Verified |
| 12 | 06/08/2025 | 23.9 | Verified |
| 13 | 06/09/2025 | 23.9 | Verified |
| 14 | 06/10/2025 | 23.8 | Verified |
| 15 | 06/11/2025 | 24.0 | Verified |
| 16 | 06/12/2025 | 23.9 | Verified |
| 17 | 06/13/2025 | 23.9 | Verified |
| 18 | 06/14/2025 | 23.8 | Verified |
| 19 | 06/15/2025 | 23.9 | Verified |
| 20 | 06/16/2025 | 24.0 | Verified |
| 21 | 06/17/2025 | 24.0 | Verified |
| 22 | 06/18/2025 | 24.0 | Verified |
| 23 | 06/19/2025 | 24.0 | Verified |
| 24 | 06/20/2025 | 24.0 | Verified |
| 25 | 06/21/2025 | 24.0 | Verified |
| 26 | 06/22/2025 | 23.8 | Verified |
| 27 | 06/23/2025 | 24.0 | Verified |
| 28 | 06/24/2025 | 23.9 | Verified |
| 29 | 06/25/2025 | 23.9 | Verified |
| 30 | 06/26/2025 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: CR-23-0191; NOTICE OF FORFEITURE

  Notice is hereby given that on February 06, 2025, in the case of <u>U.S. v. Taesung Kim</u>, Court Case Number CR-23-0191, the United States District Court for the Eastern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

  all right, title, and interest in approximately $9,103.00 in United States currency seized by law enforcement on or about March 5, 2024, from Bank of Hawaii account number 0086234319 (24-FBI-003014), held in the name of Happy Care Inc., and all proceeds traceable thereto;

  all right, title, and interest in approximately $3,065.00 in United States currency, seized by law enforcement on or about March 5, 2024, form Bank of Hawaii account number 0080190883 (24-FBI-003016), held in the name of Terry Kim and Hyunhee Kim, and all proceeds traceable thereto;

  all right, title, and interest in approximately $13,012.00 in United States currency (24-FBI-003017), seized by law enforcement on or about March 5, 2024, from Bank of Hawaii account number 6870987155, held in the name of Terry Kim and Hyunhee Kim, and all proceeds traceable thereto;

  all right, title, and interest in any and all funds on deposit in JP Morgan Chase account number 573697698 (24-FBI-008838), held in the name of HSJD Management, and all proceeds traceable thereto;

  all right, title, and interest in any and all funds on deposit in Capital One Bank account number 36234740155, held in the name of Terry Kim, and all proceeds traceable thereto (24-FBI-009138);

  all right, title, and interest in any and all on deposit in Captial One Bank account number 36234738947, held in the name of Terry Kim and Hyunhee Kim, and all proceeds traceable thereto (25-FBI-003066);

  all right, title, and interest in any and all funds deposit in Capital One Bank account number 36235400483, held in the name of Hyunhee Kim, and all proceeds traceable thereto (25-FBI-003067);

  all right, title, and interest in any and all funds on deposit in Captial One Bank account number 36235400849, held in the name of Hyunhee Kim, and all proceeds traceable thereto (25-FBI-003068);

  all right, title, and interest in any and all funds on deposit in Bank of Hawaii account number 92071456, held in the name of Hana Care Inc., and all proceeds traceable

thereto (25-FBI-003075);

all right, title, and interest in any and all funds on deposit in New Millenium Bank account number 8005166, held in the name of Huikang Pharmacy, and all proceeds traceable thereto (25-FBI-003143);

all right, title, and interest in any and funds on deposit in New Millenium Bank account number 11050008538, held in the name of Huikang Pharmacy, and all proceeds traceable thereto (25-FBI-003144);

all right, title, and interest in any and all funds on deposit in New Millenium Bank account number 30050003141, held in the name of Huikang Pharmacy, and all proceeds traceable thereto (25-FBI-003145);

all right, title, and interest in any and all funds on deposit in New Millenium Bank account number 8005171, held in the name of 888 Pharmacy, and all proceeds traceable thereto (25-FBI-003146);

all right, title, and interest in any and all funds on deposit in New Millenium Bank account number 11050008546, held in the name of 888 Pharmacy, and all proceeds traceable thereto (25-FBI-003253);

all right, title, and interest in any and all funds on deposit in New Millenium Bank account number 30050003158, held in the name of 888 Pharmacy, and all proceeds traceable thereto (25-FBI-003254);

all right, title, and interest in any and all funds on deposit in New Millenium Bank account number 3050004021, held in the name of Terry Kim, and all proceeds traceable thereto (25-FBI-003256);

all right, title, and interest in any and all funds and securities on deposit in Charles Schwab account number 3831-1382, held in the name of Silver Care LLC, and all proceeds traceable thereto (25-FBI-003260);

all right, title, and interest in any and all funds on deposit in Fidelity Investments account number Z26873122, held in the name of Silver Care Services LLC, and all proceeds traceable thereto (25-FBI-003261);

all right, title, and interest in approximately $645,564.00 in United States currency, seized by law enforcement on or about March 31, 2024, from Robinhood account number 641614367, held in the name of Terry Kim, and all proceeds traceable thereto (25-FBI-003263);

all right, title, and interest in the real property and premises located at 1837 Kalakaua Avenue, Unit 903, Honolulu, Hawaii 96815, Tax Map Key (1)2-6-013-022, C.P.R. No. 0035 (25-FBI-003429), title to which is held in the name of Terry Kim and Hyunhee Kim, together with its appurtenances, improvements, fixtures, easements, furnishings, and attachments thereon, as well as all leases, rents and profits therefrom, and all proceeds traceable thereto; and

    all right, title, and interest in the real property and premises located at 1622 Parker Avenue, Fort Lee, New Jersey 07024, Block 4354, Lot 1 (25-FBI-003446), title to which is held in the name of Happy Care Management LLC, together with its appurtenances, improvements, fixtures, easements, furnishings, and attachments thereon, as well as all leases, rents and profits therefrom, and all proceeds traceable thereto;

    all right, title, and interest in the real property and premises located at 316 North 6th Street, Prospect Park, New Jersey 07508, Block 50, Lot 41 (25-FBI-003488), title to which is held in the name of Silver Care Services LLC, together with its appurtenances, improvements, fixtures, easements, furnishings, and attachments thereon, as well as all leases, rents, and profits therefrom, and all proceeds traceable thereto.

    The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 28, 2025) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 225 Cadman Plaza East, Brooklyn, NY 11201, and a copy served upon Assistant United States Attorney Tanisha Payne, 271 Cadman Plaza East, 7th Floor, Brooklyn, NY 11201. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

    Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

    The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online,

you must file your petition for remission in writing by sending it to Assistant United States Attorney Tanisha Payne, 271 Cadman Plaza East, 7th Floor, Brooklyn, NY  11201.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.