

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BGK:TRP
F. #2021R00440

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 8, 2025

By ECF

The Honorable Allyne R. Ross
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Taesung Kim
                  Criminal Docket No. 23-CR-191 (ARR)

Dear Judge Ross:

        The government respectfully submits this letter in response to the Verified Petition (the "Petition") of Lawrence Krasne, on behalf of Buckingham Adult Medical Day Care Center LLC and Shon LLC ("Petitioner"), filed in the above-referenced case. (ECF No. 96-1). As background, Petitioner asserts a claim to real property subject to forfeiture, specifically the real property located at 316 North 6th Street, Prospect Park, NJ 07508, by virtue of Petitioner's status as a leaseholder of the Subject Property.

        The government has conferred with John G. Martin, Esq., counsel for Petitioner, regarding this matter. The government and Petitioner jointly move for a stay of the Petition to allow the parties an opportunity to engage in settlement negotiations which may obviate the need for litigation. The government makes no representation or admission as to whether Petitioner has standing to assert a claim under 21 U.S.C. § 853(n).

Thank you for Your Honor's consideration.

    Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s *Tanisha Payne*
Tanisha R. Payne
Assistant U.S. Attorney
(718) 254-6358

cc:    John G. Martin, Esq.
       Counsel of Record

2