

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

September 6, 2025

**Via ECF**

Hon. Allyne R. Ross
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 10007

        Re:    *United States v. Taesung Kim*
                 **Docket No. 1:23-cr-00191-ARR**

Dear Judge Ross:

      As Your Honor is aware, I represent Taesung Kim, who is scheduled to be sentenced by the Court on October 1, 2025. I write to respectfully request a modification of Kim's conditions of release so as to enable him to travel to Hawaii from September 10, 2025, to September 20, 2025.

      Mr. Kim's forfeiture obligation in this case includes the forfeiture of certain properties, including a condominium Mr. Kim and his wife owned in Hawaii. The condominium has been sold and the proceeds have been remitted to the Government. Mr. Kim seeks to travel to Hawaii so that he may facilitate the sale of the furnishings of the condominium and the closeout of various accounts related to the property.

      I have conferred with AUSA Patrick J. Campbell and Pretrial Services Officer Simon Krivoruk, who have no objection to the application.

      If the travel is permitted, Mr. Kim will provide his complete itinerary to Pretrial services Officer Krivoruk.

      Thank you for your consideration.

                                                Very truly yours,

                                                /s/ *Kevin J. Keating*

                                                KEVIN J. KEATING

KJK/dg

cc:    AUSA Patrick J. Campbell
        Pretrial Services Officer Simon Krivoruk