

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PJC
F. #2021R00440

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 12, 2025

BY ECF

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Taesung Kim
      Criminal Case No. 23-191 (DG)

Dear Judge Gujarati:

  The government respectfully writes on behalf of the parties to request that the Court schedule a sentencing hearing in the above-referenced case on November 15th or 16th, or on November 17th after 12 p.m.

           Respectfully submitted,

           LORINDA LARYEA
           Acting Chief, Fraud Section
           Criminal Division
           U.S. Department of Justice

       By: /s/Patrick J. Campbell
           Patrick J. Campbell
           Trial Attorney, Fraud Section
           Criminal Division
           U.S. Department of Justice
           (718) 254-6366

cc: Clerk of Court (DG)
   Kevin Keating, Esq. (by ECF)