

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PJC
F. #2021R00440

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 12, 2025

<u>BY ECF</u>

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Taesung Kim
              <u>Criminal Case No. 23-191 (DG)</u>

Dear Judge Gujarati:

      The government respectfully writes on behalf of the parties to request that the Court schedule a sentencing hearing in the above-referenced case on December 15, 2025, December 16, 2025, or after 12 p.m. on December 17, 2025.

      Respectfully submitted,

      LORINDA LARYEA
      Acting Chief, Fraud Section
      Criminal Division
      U.S. Department of Justice

By:    /s/Patrick J. Campbell
        Patrick J. Campbell
        Trial Attorney, Fraud Section
        Criminal Division
        U.S. Department of Justice
        (718) 254-6366

cc:    Clerk of Court (DG)
       Kevin Keating, Esq. (by ECF)