

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

January 13, 2026

**<u>Via ECF</u>**

Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           **Re:**    *United States v. Taesung Kim*
                     **Docket No. 1:23-cr-00191-ARR**

Dear Judge Gujarati:

      As Your Honor is aware, I represent Taesung Kim, who is scheduled to be sentenced by the Court on January 27, 2026. On January 9, 2026, Your Honor posted an Order directing the filing of defense sentencing submissions, if any, by the end of business on January 9, 2026.

      I write to apologize to the Court for the late sentencing submission I will be filing today on Mr. Kim's behalf. I have been ill for more than a week with a virus which has hampered my ability to timely complete and file this submission.

      Again, I offer sincere apologies to the Court. Of course, I will be guided by the Court's discretion in terms of whether Your Honor feels a resetting of a sentencing date is appropriate.

      Thank you for your consideration.

                                                    Very truly yours,

                                                    /s/ *Kevin J. Keating*

                                                    KEVIN J. KEATING

KJK/dg

cc:    AUSA Patrick J. Campbell