

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PJC
F. #2021R00440

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 17, 2026

BY ECF

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Dacheng Lu
> Criminal Case No. 23-191 (DG)

Dear Judge Gujarati:

The government respectfully writes to request that the Court order the United States Probation Department to prepare a pre-sentence investigation report in the above-captioned case.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

LORINDA LARYEA
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By: /s/Patrick J. Campbell
Patrick J. Campbell
Trial Attorney, Fraud Section
Criminal Division
U.S. Department of Justice
(202) 262-7067

cc: Clerk of Court (DG) (by email)
Stephen Scaring, Esq. (by email)
Nicole Gervase (by email)