

|  |  |
|---|---|
|  | **U.S. Department of Justice** |
|  | *United States Attorney*<br>*Eastern District of New York* |
| FR:TRP<br>F. #2021R00440 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

February 24, 2026

By ECF
The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Taesung Kim
      Criminal Docket No. 23-191 (DG)

Dear Judge Gujarati:

  Enclosed please find a proposed Amended Preliminary Order of Forfeiture (the "Amended Preliminary Order") in the above-referenced case for the Court's signature. On February 6, 2025, the Court entered a Preliminary Order of Forfeiture against the defendant which ordered the entry of a forfeiture money judgment and the forfeiture of specific assets. (ECF No. 69). The proposed Amended Order amends the Preliminary Order of Forfeiture to add a provision specifying the credits to be given towards the defendant's forfeiture money judgment as a result of the forfeiture of certain specific assets. See Amended Preliminary Order, p. 4.

  The government respectfully requests that the Court "so order" and enter the enclosed Amended Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

2

Thank you for Your Honor's consideration of this submission.

        Respectfully submitted,

        JOSEPH NOCELLA, JR.
        United States Attorney

By:   /s/ *Tanisha R. Payne*
       Tanisha R. Payne
       Assistant U.S. Attorney
       718-254-6358

Encl.: Amended Preliminary Order of Forfeiture
cc:    Counsel of Record (by ECF)