

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

February 26, 2026

<u>**Via ECF**</u>

Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          **Re:**    *United States v. Taesung Kim*
                  **Docket No. 1:23-cr-00191-ARR**

Dear Judge Gujarati:

    As Your Honor is aware, I represent Taesung Kim. On February 25, 2026, Your Honor issued an Order scheduling a pre-sentencing conference in this matter for March 2, 2026. I will be away on that date on a pre-scheduled vacation. Accordingly, I write to respectfully request that the conference be adjourned to March 9, 2026, at 12:00 p.m.

    I have conferred with AUSA Patrick Campbell, who offers his consent to this application.

    Thank you for your consideration.

                                Very truly yours,

                                /s/ *Kevin J. Keating*

                                KEVIN J. KEATING

KJK/dg

cc:    AUSA Patrick J. Campbell