UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA                         ORDER OF RESTITUTION

   – against –                                  Criminal Docket No. 23-191 (DG)

TAESUNG KIM,

           Defendant.

– – – – – – – – – – – – – – – – – – – – X

WHEREAS, the defendant TAESUNG KIM pleaded guilty on December 10, 2024, in the above-captioned case, and

WHEREAS, the defendant TAESUNG KIM was sentenced on April 24, 2026, and ordered to pay restitution,

1.     This order of restitution will be incorporated by reference to the Judgment and Commitment Order to be filed in connection with the above-captioned case.

2.     The defendant is directed to pay restitution to the victim named and in the amount listed in Exhibit A to this order.

3.     Restitution is due immediately.  The total restitution amount to be paid is $24,411,567.51, plus interest.  See 18 U.S.C. § 3612(f).

4.     Monthly payments shall be made to the Clerk of the Court, United States District Court, 225 Cadman Plaza East, Brooklyn, N.Y. 11201.  The payment instrument shall reference the case name and number, as set forth above.

5.     The Clerk is directed to distribute restitution payments to the victim at least once per year to the extent funds are available to distribute.  The United States Department of Probation and the United States Attorney's Office are directed to provide to the Clerk

whatever assistance is necessary to assure prompt distribution of restitution payments.  The

Clerk is directed to mail a copy of the instant document and the attachment to the Criminal

Trial Attorney assigned to the instant case and the Financial Litigation Unit of the United States

Attorney's Office of the Eastern District of New York.

Dated:    Brooklyn, New York
          April ___, 2026

_____
THE HONORABLE DIANE GUJARATI
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA                    Criminal Docket No. 23-191 (DG)

         - against -

TAESUNG KIM,

                  Defendant.

– – – – – – – – – – – – – – – – – – – – X

### EXHIBIT A TO ORDER OF RESTITUTION

| VICTIM NAME AND ADDRESS | LOSS AMOUNT |
| --- | --- |
| (1) Centers for Medicare and Medicaid Services<br>Division of Accounting Operations<br>P.O. Box 7520<br>Baltimore, MD 21207-0520 | $24,411,567.51 |
| Total Restitution | $24,411,567.51 (plus interest) |