

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PJC
F. #2021R00440

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 28, 2026

BY ECF

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

              Re:     United States v. Dacheng Lu
                      Criminal Case No. 23-191 (DG)

Dear Judge Gujarati:

              The government respectfully writes on behalf of the parties to request an adjournment of the May 15, 2026 sentencing in the above-referenced case until the week of June 15, 2026, or the Court's next available date thereafter.  This is the parties' first request for an adjournment, which is necessary because the parties require additional time to prepare for sentencing, including to permit defense counsel additional time to review and respond to the U.S. Probation Department's Presentence Investigation Report.

                                        Respectfully submitted,

                                        LORINDA LARYEA
                                        Chief, Fraud Section
                                        Criminal Division
                                        U.S. Department of Justice

                              By:       /s/Patrick J. Campbell
                                        Patrick J. Campbell
                                        Trial Attorney, Fraud Section
                                        Criminal Division
                                        U.S. Department of Justice
                                        (202) 262-7067

cc:     Clerk of Court (DG) (by email)
        Stephen Scaring, Esq. (by email)
        Maxine Marquez, U.S.P.O. (by email)