# STEPHEN P. SCARING, P.C.

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004

sscaring@scaringlaw.com

STEPHEN P. SCARING, ESQ.
———
OF COUNSEL
MATTHEW W. BRISSENDEN
SUSAN SCARING CARMAN

(516) 683-8500
———
FAX
(516) 683-8410

April 28, 2026

**VIA ECF**
Honorable Diane Gujarati
United States District Judge
U.S. Courthouse, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    *United States v. Kim, et.al.*
> *Docket No. 23-cr-191*

Dear Judge :

I represent Dacheng Lu, a defendant in the above captioned case. I received the court's order by ECF today advising that we have not filed our pre-sentence report as required on April 24, 2026 and direct that we file our report by April 29, 2026.

For some reason, I did not see the filing of the defendant's pre-sentence report by probation. In fact, today before I received the court's order, I sent an email to probation asking when the report would be filed.

The government and defense will be filing joint motions to adjourn the sentencing date until the week of June 15, 2026 or a date convenient to the court. I respectfully request that the court extend the time for the defendants filing to May 15, 2026. I apologize to the court and staff for any inconvenience this may have caused.

Respectfully submitted,

/s/ Stephen P. Scaring
STEPHEN P. SCARING
Attorney for the defendant

SSC/as