

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

June 2, 2026

**<u>Via ECF</u>**
Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**    ***United States v. Taesung Kim***
> **Docket No. 1:23-cr-00191-ARR**

Dear Judge Gujarati:

As Your Honor is aware, I represent Taesung Kim, who on April 24, 2026, was sentenced by the Court to a 63 month term of imprisonment.  Mr. Kim is scheduled to surrender to the Otisville Correctional Facility on June 4, 2026, at 2:00 pm.  I write to respectfully request a 30 day extension of the surrender date to July 6, 2026.

As Your Honor recalls, one of the provisions of the Plea Agreement Kim entered with the Government in this case is the payment of a significant forfeiture sum.  In this regard, Your Honor will recall that Kim has been proactive in selling assets identified in the Plea Agreement and remitting the funds to the Government to satisfy the forfeiture obligation.  Kim has undertaken significant efforts to market and sell the one remaining property subject to forfeiture.  The negotiations leading to the sale of this property, which will result in over $1 million being remitted to the Government, are expected to be finalized over the next couple of weeks.  It is for this reason that we request a one time extension of the surrender date.

I have conferred with AUSA Patrick Campbell, who has no objection to this request.

Thank you for your consideration.

Very truly yours,

/s/ *Kevin J. Keating*

KEVIN J. KEATING

KJK/dg
cc:    AUSA Patrick J. Campbell