

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

June 3, 2026

**<u>Via ECF</u>**
Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**  ***United States v. Taesung Kim***
> **Docket No. 1:23-cr-00191-ARR**

Dear Judge Gujarati:

As Your Honor is aware, I represent Taesung Kim.  With apologies to the Court, I hereby withdraw my letter of June 2, 2026 (DKE 132) requesting an extension of Kim's surrender date in this matter from June 4, 2026, to July 6, 2026.

Prior to submitting my letter, Mr. Kim had received an email from Pretrial Services erroneously advising him that his surrender date was June 4, 2026.  As the Court may recall, at his sentencing, the Court set Kim's surrender date at June 24, 2026 (DKE 126).  It appears that Pretrial Services' email advisement to Kim simply contained a clerical error.

Again, I apologize for any confusion this created.

Thank you for your consideration.

Very truly yours,

/s/ *Kevin J. Keating*

KEVIN J. KEATING

KJK/dg

cc:    AUSA Patrick J. Campbell