# STEPHEN P. SCARING, P.C.

### ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, ESQ.

OF COUNSEL

MATTHEW W. BRISSENDEN
SUSAN SCARING CARMAN

sscaring@scaringlaw.com

June 26, 2026

**VIA ECF**
The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plasa East
Brooklyn, New York 11201

> Re:  *United States v. Kim et. al.*
>       *Docket No. 23 CR 00191-002*

Dear Judge Gujarati:

My office represents Mr. Dacheng Lu, a defendant in the above captioned case. Mr. Lu is scheduled for sentencing on 7/1/26 at 10:00 a.m. Due to a scheduling conflict, we are respectfully requesting the sentencing time be pushed back to 11:30 a.m. on the same date.

AUSA Patrick J. Campbell has consented to this request. If the court is unable to accommodate this request, we are prepared to proceed at the scheduled time. We are not seeking an adjournment of the sentence.

Thank you for your consideration.

Respectfully submitted,

Stephen P. Scaring
(SS-7126)