# Exhibit A

Date: May 6, 2026

Dear Honorable Judge Diane Gujarati：

My name is Yuemei Song, and I am the wife of the defendant. I am deeply grateful for the opportunity to share our family's situation with you.

My husband and I have known each other since high school and have walked through life together as partners ever since. When I came to the United States as an international student, my husband left everything behind to join me so that we could build our future together. Since then, we have built our life here, raising our two young children, and he has always been a devoted husband and a responsible father.

At home, my husband has always been a loving, attentive, and dedicated parent. He has consistently given his time, care, and love to our children, doing his best to guide them to grow with strong values. He has also been someone who willingly helps others, actively serving in our church and community with a generous heart.

Regarding this case, my husband made a serious mistake. There is no excuse for his actions, and as a family, we take this matter with the utmost seriousness and remorse.

Over the past three years of investigation, I have witnessed his deep regret and sincere reflection. He truly acknowledges his wrongdoing and lives each day with the determination never to repeat such a mistake again.

This situation has caused immense emotional and physical hardship not only for him but for our entire family. He carries a heavy burden of guilt for the pain his actions have brought to us. Despite this, he continues to strive to support and protect our family and to become a better person.

Our greatest concern is our two young children. Currently, I am the primary financial provider, while my husband is the primary caregiver. We do not have extended family in the United States to help us.

My husband is deeply aware of this and lives each day with worry, guilt, and concern for our children.

Your Honor, my husband is fundamentally a kind and responsible person who has learned a painful lesson from this experience. He is sincerely remorseful and committed to living a lawful and responsible life.

I respectfully and humbly ask you to consider our family's situation, especially the well-being of our young children, and the essential role my husband plays in their lives. I ask for your compassion in allowing him the opportunity to remain with his family and continue fulfilling his responsibilities as a father and husband.

I, too, will continue to support him in living a responsible life and

contributing positively to our community.

Thank you very much for your time and for your thoughtful consideration.

Respectfully,


Yuemei Song


Add: 6 University Pl Great Neck, NY 11020

Phone: 646-620-1758



**THE KOREAN PRESBYTERIAN CHURCH OF QUEENS**

143-17 Franklin Ave.
Flushing, N.Y. 11355
TEl (718) 886-4040, 4340
FAX (718) 358-7789

# Letter of Leniency & Certificate of Membership

March 28, 2026

KAPCQ2026013

**Name: Dacheng Lu (DOB: 03/29/1979)**

To Whom It May Concern,

This letter is to certify that Dacheng Lu has been an officially registered member of our church since July 1, 2007. He successfully completed membership classes and was baptized at our church on April 8, 2012. Since that time, he has remained a faithful and consistent attendee of our Sunday worship services.

In my pastoral role, I have had the privilege of personally observing Dacheng Lu over many years. He is a devoted and diligent family man who deeply loves his wife and two children. He faithfully provides for his family and demonstrates strong responsibility, integrity, and commitment as a husband and father.

He is also known within our community as a warm, approachable, and harmonious individual who maintains positive relationships with others. He consistently shows kindness and compassion, often taking the initiative to help those in need. His character reflects sincerity, humility, and a genuine concern for others.

Based on my direct knowledge and long-term observation, I can confidently affirm that Dacheng Lu is a person of good moral character and upright conduct.

Therefore, I respectfully and earnestly request that you extend your mercy and leniency in considering his situation. I sincerely hope that you will take into account his character, family responsibility, and positive contributions to the community.

Should you require any additional information, please do not hesitate to contact me at 718-886-4040.

Sincerely,

**Reverend John Sun**
**Executive Pastor**
**The Korean American Presbyterian Church of Queens**

Date: April 24, 2026

Re: Character Reference for Dacheng Lu

Your Honor,

My name is Chunxi Xuan, and I respectfully write this letter to share my sincere perspective on the character and life of Dacheng Lu. I have had the privilege of knowing Dacheng Lu and his family closely for the past 13 years.

Our relationship began approximately 13 years ago through the preschool ministry at the church that my wife and I attend. What started as a simple connection between our children gradually grew into a deep and meaningful bond between our two families. Over the years, we have walked the journey of parenthood together, supporting one another through our children's education and various activities. As someone who has observed him closely for over a decade, I can confidently speak to his character and the way he lives his life.

Dacheng Lu has always left a strong impression on me through his deep consideration for others. He is a truly selfless person who consistently places the needs of others before his own. Above all, I have witnessed his unwavering love and dedication to his family time and time again.

For the past three years, while his wife has taken on the responsibility of being the primary financial provider, Dacheng Lu has faithfully served as the primary caregiver for their two young children. He manages their daily routines, supports their education, and provides constant emotional care and stability. Although I understand that he has been going through significant emotional hardship and distress as a result of this situation, I have personally witnessed his continued effort to fulfill his role as a devoted father with sincerity and responsibility.

His role within the family is truly indispensable. He is a devoted husband, a loving father who gives his all to his children every single day, and a compassionate individual who is always willing to help those around him. He has also been a faithful and dedicated member of our church community, consistently serving others with humility and sincerity.

When I learned of his current situation, I, along with many others around him, felt deep sorrow and concern. I have seen him genuinely reflect on his actions and express sincere remorse. He fully recognizes his mistakes and deeply understands the impact they have had on his family.

He is especially concerned for his two young children, who rely on his daily care and presence. The potential absence of their father would create not only a practical challenge in terms of caregiving but also a profound emotional void in their lives. Additionally, his wife would face

significant financial and emotional burdens alone. As a long-time friend, it is heartbreaking for me to imagine this family facing such difficulties.

Your Honor, I respectfully ask that you consider Dacheng Lu's sincere remorse, his many years of devotion to his family, and the vital role he continues to play within his household. I firmly believe that if he is given another opportunity, he will remain committed to his family and continue to live as a responsible, law-abiding member of society.

Thank you very much for your time and for your thoughtful consideration of this letter.

Sincerely,

Chunxi Xuan

28 James st New Hyde Park NY 11040

917-605-2121.

To Whom It May Concern,

I am writing this character reference letter in support of Dacheng Lu. I have known Dacheng Lu for several years, and during the entire time I have known him, I have always considered him to be a kind, respectful, hardworking, and dependable person with good character.

I first met Dacheng Lu while we were working together at a restaurant. Working in a restaurant can often be stressful and fast-paced, especially during busy hours, but Dacheng Lu consistently showed patience, responsibility, and professionalism. He was always punctual, willing to help coworkers, and respectful toward both staff and customers. He handled his work seriously and tried his best to create a positive environment around him.

Dacheng Lu was the type of person coworkers could rely on. Whenever someone needed assistance, he would step in without hesitation. He treated people fairly and politely regardless of their position. I remember many occasions where customers appreciated his friendly attitude and good service. He always tried to avoid conflict and communicate calmly with others.

Outside of work, I have also come to know Dacheng Lu as a caring and considerate person. He values friendship, respects others, and works hard to improve himself and support the people around him. In my personal experience, he has always shown honesty, compassion, and good intentions. I have never known him to be malicious or harmful toward others.

Like many people, Dacheng Lu has faced challenges in life, but I sincerely believe he is someone who wants to move forward positively and continue building a better future through hard work and responsibility. I truly believe that one difficult situation should not define his entire character. Based on my experience knowing him personally and professionally, I can confidently say that Dacheng Lu is a good person who deserves understanding, fairness, and support.

I respectfully ask that you take this letter into consideration when evaluating Dacheng Lu's situation. I strongly believe he has good moral character and the ability to continue making positive contributions to his workplace, community, and the people around him.

Please feel free to contact me if any further information is needed. I would be happy to speak further regarding

Dacheng Lu's character and my experiences knowing him.

Sincerely,

Jerry Cheng

Date: April 26, 2026

Re: Character Reference for Dacheng Lu

**Dear Honorable Judge :**

My name is Hua Jin, and I respectfully submit this letter to share my sincere perspective on the character of Dacheng Lu. For the past 13 years, our families have maintained a close relationship, much like that of extended family. Our connection began through the preschool ministry at the church my family attends.

Over the past decade, our two families have grown together, and I have had the privilege of closely observing Dacheng Lu's extraordinary dedication to his children. Whenever school breaks approached, he consistently took the initiative to provide meaningful and enriching educational experiences for them.

We have spent many days together visiting places such as the American Museum of Natural History, National Museum of Mathematics, and the New York Hall of Science. During these visits, he did far more than simply accompany the children—he actively engaged with them, encouraging their curiosity and inspiring a genuine love of learning.

In addition, our families often supported one another through shared responsibilities such as school drop-offs, pickups, and various after-school

activities. Each time, Dacheng Lu was consistently punctual, responsible, and attentive to the children's safety and well-being. He treated my children with the same warmth, kindness, and care as his own. Over the past 13 years, his consistent actions have clearly demonstrated that he is a deeply committed member of the community, devoted to the well-being and development of the next generation.

Dacheng Lu is truly the pillar of his family. Since this incident, while his wife has taken on the role of primary financial provider, he has assumed the vital responsibility of being the primary caregiver for their children. He carefully manages their daily routines, supports their education, and provides essential emotional stability and care.

Since learning of his current situation, I have witnessed him undergo a period of deep reflection and sincere remorse. He is fully aware of the impact his actions have had on his family. As someone who has observed his devotion as a father for many years, I am deeply concerned about the emotional consequences his absence would have on his young children. A father's absence is not merely a physical void—it creates a profound emotional gap in a child's life, removing the daily presence of love, guidance, and stability that is essential to their development. Such a loss may have lasting effects on their emotional well-being, growth, and sense of identity.

His remorse is genuine. Having personally witnessed his unwavering dedication to his children over the past 13 years, I cannot help but feel deep concern about the void that would be left in their lives should he be absent.

Your Honor, I respectfully ask that you consider the many years he has faithfully lived as a devoted father, along with his sincere desire to take responsibility for his actions and make amends. I firmly believe that if he is given the opportunity for a new beginning, he will continue to prioritize his family and live as a responsible, law-abiding member of society.

Thank you very much for your time and for your thoughtful consideration of my testimony.

Sincerely,

Hua Jin

Add: 28 James st New Hyde Park NY 11040

Phone:718-216-8782

# Petition for Leniency

April 20, 2026

Defendant: Dacheng Lu

Petitioner: Shengyu Li

[Subject: Formal Petition for Leniency regarding the Defendant]


Dear Honorable Judge:


My name is Shengyu Li, and I currently operate a film production and entertainment business. I am writing this letter with a heavy yet earnest heart to serve as a character witness for the defendant, Dacheng Lu, who is currently awaiting your judgment. I wish to provide context regarding the kind of life he has lived and the person I have known him to be for many years.

1. A Selfless Individual Who Sacrifices for the Dreams of Others

When I first launched my business and was navigating my most challenging period—both financially and psychologically—the defendant and his family were my greatest pillars of support. Even though the defendant was facing his own difficulties in managing his pharmacy business at the time, he supported me wholeheartedly, stating

that he "wanted to help a young man pursuing a business with the value of helping others."

2. A Dedicated Servant to the Community and Neighbors

The defendant and I have shared a long history of faith within the same church community. Regardless of how exhausted or busy he was with his professional responsibilities, he never once neglected his commitment to service within the church. He consistently took the lead in raising support funds for neighbors in need, practicing kindness silently without seeking recognition. Given his lifelong conduct, I firmly believe that the current incident is a painful mistake that stands in stark contrast to his true core values.

3. A Warm and Devoted Father and Husband

In my observations, the defendant has always been an exemplary head of his household. Despite his demanding schedule, he was a tender, friend-like father to his son and daughter and a steadfast support to his wife.

Your Honor, the defendant deeply regrets his wrongdoings and reflects on his actions with sincere repentance every day. However, looking at the entirety of his life, he is a man who has spent far more time devoted to helping others and serving his community than causing harm.

I humbly implore you to grant him leniency so that he may have the opportunity to return to society and his family. Should he be granted this mercy, I commit myself, as a close associate and business partner, to guiding him faithfully so that he may live a life that upholds the law and contributes positively to society.

Thank you for your time and for your compassionate consideration of this petition.


Sincerely,


Shengyu Li

Address: 37-33 college point blvd apt c2h

Contact: 917 329 3271

Date: April 21, 2026

Re: Character Reference for Dacheng Lu

**Honorable Judge :**

I am writing this letter to express my sincere support for Dacheng Lu and to respectfully ask for your leniency in his case.

I have known Dacheng Lu for nearly 15 years, and throughout that time, he has consistently shown himself to be a kind, considerate, and dependable person. He is someone who genuinely cares about others and always goes out of his way to support those around him.

Among family and friends, Dacheng Lu is known for his warm personality and strong sense of responsibility. Whenever we spend time together, he is always the one who willingly takes on the difficult tasks with enthusiasm. He is thoughtful, attentive, and always ready to help others, especially when they are going through difficult times. Many people rely on him for advice and emotional support because he listens with sincerity and compassion.

He is also a devoted husband and a loving father to his two children. He treats his wife with care and respect and is actively involved in his children's lives, always making time to play with them and support them like a true friend and role model.

Over the many years I have known him, he has remained consistent in his character—honest, hardworking, and trustworthy. Recently, I have seen that he is deeply reflecting on his actions and sincerely regretting his mistakes. Those close to him, including myself, have spent time talking with him and offering support as he works through this difficult situation.

I truly believe that this incident does not define who he is as a person. He has always been a positive influence on those around him, and I am confident that he will learn from this experience and continue to grow.

I respectfully ask that you consider his character, his dedication to his family, and his sincere remorse when making your decision.

Thank you for your time and consideration.

Sincerely,

Chloe Lee

Add: 32-15 Leavitt St #2B Flushing , NY 11354

516-817-0517